(Rev. 12/16) Complaint for a Civil Case

FILED _____ LODGED
RECEIVED _____ COPY

DEC 13 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of ARIZONA

TUCSON Division

| | | |
|---|---|---|
| Keiron Bailey | ) | Case No. CV-23-00557-TUC-AMM |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| Arizona Board of Regents, Robert Robbins, Liesl | ) | |
| Folks, Diane Brennan, Andrea Romero, Robert Q. | ) | |
| Berry, Regina Deil-Amen and Melanie Bertrand | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Keiron Bailey |
| Street Address | 3656 W Scavenger Drive |
| City and County | Marana, Pima County |
| State and Zip Code | Arizona 85658 |
| Telephone Number | 520.869.5646 |
| E-mail Address | keiron.bailey@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Arizona Board of Regents |
| Job or Title *(if known)* | |
| Street Address | 2700 N Central Avenue, Suite 400 |
| City and County | Phoenix, Maricopa County |
| State and Zip Code | Arizona 85004 |
| Telephone Number | 602.229.2500 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Robert Robbins |
| Job or Title *(if known)* | President, University of Arizona |
| Street Address | Old Main 200, 1200 E University Blvd |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona |
| Telephone Number | 520.621.5511 |
| E-mail Address *(if known)* | rcr@arizona.edu |

Defendant No. 3

| | |
|---|---|
| Name | Liesl Folks |
| Job or Title *(if known)* | Vice President, Semiconductor Strategy, University of Arizona |
| Street Address | 1931 E Lee St |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona 85719 |
| Telephone Number | |
| E-mail Address *(if known)* | liesl@arizona.edu |

Defendant No. 4

| | |
|---|---|
| Name | Diane Brennan |
| Job or Title *(if known)* | Vice President, Human Resources |
| Street Address | 1311 E Camino de Michael |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona 85718 |
| Telephone Number | 520.621.1685 |
| E-mail Address *(if known)* | dbrennan@arizona.edu |

Bailey vs Board of Regents, UA, Robbins, Brennan, Folks, Romero, Deil-Amen, Robert Q. Berry and Melanie Bertrand

Defendant No. 5

| | |
|---|---|
| Name | Andrea Romero |
| Job | Vice Provost for Faculty Affairs, UA |
| Street Address | 2031 E La Madera Dr |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona 85719-2885 |
| Telephone Number | 520.626.0202 |
| Email address | romeroa@arizona.edu |

Defendant No. 6

| | |
|---|---|
| Name | Regina Deil-Amen |
| Job | Associate Dean for Faculty Affairs College of Education, UA |
| Street Address | 2237 E Mitchell St |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona 85719-3226 |
| Telephone Number | 520.621.8468 |
| Email address | reginad1@arizona.edu |

Defendant No. 7

| | |
|---|---|
| Name | Robert Q. Berry |
| Job | Dean, College of Education, UA |
| Street Address | 25 N Monument Estates Place |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona 85748-6908 |
| Telephone Number | 520.621.1081 |
| Email address | rqberry@arizona.edu |

Defendant No. 8

| | |
|---|---|
| Name | Melanie Bertrand |
| Job | Associate Professor, Còllege of Education, UA |
| Street Address | 2539 N San Carlos Place |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona 85719-1920 |
| Telephone Number | 520.621.7925 |
| Email address | mbertrand@arizona.edu |

II.      **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be
heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the
parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties
is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of
another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a
diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that
are at issue in this case.
Title VII, 42 U.S.C. § 2000e-2; Title IX, 20 U.S.C. § 1681; 42 U.S.C. § 1983; 20 U.S.C. § 1681; 18
U.S.C. § 241; the Fourteenth Amendment to the U.S. Constitution

_____

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the
same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

     b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Following his well-known protected activity consisting of reporting and seeking correction of numerous acts of discrimation and harassment of women at UA including the unlawful harassment of his family in their home at night, Dr. Bailey endured a coordinated and pre-planned campaign of discrimination, retaliation and harassment from multiple supervisors with collusion from Human Resources. These supervisors removed him from duties, denied him promotion, defamed him, ejected him from faculty senate meeting, excluded him from his office multiple times for three weeks without process, enacted a fraudulent callout of UA PD to harass and intimidate him, excluded him from campus and all facilties without UA PD support, and then dismissed him without cause.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory and punitive damages and other relief as specified. See attached.

## V.        Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      12/13/2023

Signature of Plaintiff

Printed Name of Plaintiff      KEIRON BAILEY

### B.        For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____