IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keiron Bailey, | No. CV-23-00557-TUC-AMM (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Board of Regents, et al., | |
| Defendants. | |

On September 30, 2024, Magistrate Judge Lynette C. Kimmins issued a Report and Recommendation ("R&R") in which she recommended this Court dismiss Plaintiff Keiron Bailey's Complaint with leave to amend. (Doc. 29.) Judge Kimmins notified the parties they had fourteen (14) days to file any objections. (*Id.* at 20.) Neither party filed an objection.

If neither party objects to a magistrate judge's R&R, the district court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has considered the Complaint (Doc. 1), Defendants' Motion to Dismiss (Doc. 18), Plaintiff's Response (Doc. 23), Defendants' Reply (Doc. 26), and the R&R (Doc. 29). The Court finds the recommendation well-reasoned and agrees with Judge

Kimmins's conclusions for each claim.

Accordingly,

**IT IS ORDERED**:

(1) Magistrate Judge Kimmins's Report and Recommendation is **ADOPTED**. (Doc. 29.)

(2) Defendants' Motion to Dismiss is **GRANTED**. (Doc. 18.)

(3) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) Claims 1, 2, and 5 as to the individual Defendants, and Claims 7, 10, 12, and 13 as to all Defendants are **DISMISSED WITH PREJUDICE**. The remaining claims are **DISMISSED WITHOUT PREJUDICE**.

(4) If he so chooses, Plaintiff may file an Amended Complaint within **thirty (30) days** of the date of this Order as to Claims 1, 2, and 5 against Defendant ABOR and Claims 3, 4, 6, 8, 9, and 11 as to all Defendants. Any Amended Complaint **must** comply with the parameters outlined in the R&R. (Doc. 29 at 16–19.) Plaintiff is directed to review the conditions for amendment carefully, paying specific attention to the Rule 8(a) pleading standard. (*See id.* at 17–19.)

Dated this 16th day of October, 2024.

Honorable Angela M. Martinez
United States District Judge